Judge Leighton

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PHUOC HUU NGUYEN,<br>   a.k.a. Steve Nguyen,<br>LOC HUU NGUYEN,<br>MONICA NGUYEN,<br>   a.k.a. Dao Thi Nguyen,<br>EVERETT LEDBETTER,<br>AMANDA THAO NGUYEN,<br>   a.k.a. Deo Thi Nguyen, and<br>RICHARD EARL ANDERSEN,<br><br>Defendants. | NO. CR04-5647L<br><br>ORDER GRANTING UNITED STATES' EX PARTE APPLICATION FOR A POST INDICTMENT PROTECTIVE ORDER TO MAINTAIN CUSTODY OF PROPERTY<br><br>04-CR-05647-ORD |

This matter comes before the Court upon motion of the United States for a protective order, pursuant to 18 U.S.C. § 983(a)(3)(B)(ii) and 21 U.S.C. § 853(e)(1)(A), to maintain custody of certain property named for forfeiture in the First Bill of Particulars filed in this matter. Having reviewed the United States' motion, the Court finds:

The property to which this order refers ("the property") is as follows:

> $5,935.00 in United States Currency seized by the United States Immigration and Customs enforcement (ICE) from 16403 ND 66th Way, Vancouver, Washington on December 8, 2004.

Protective Order
(CR04-5647L) U.S. v. Nguyen et al. – 1

U.S. Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1   The property has been named in a First Bill of Particulars to the Indictment in this
2   case as subject to forfeiture. The property is currently in the custody of the Fines,
3   Penalties and Forfeitures Office of the Customs and Border Protection (CBP), and is
4   subject to administrative forfeiture notice and claim proceedings under 18 U.S.C. § 983.
5   The United States is entitled to a protective order pursuant to 21 U.S.C. §
6   853(e)(1)(A) based on the fact that the property is named for forfeiture in a Bill of
7   Particulars to the Superseding Indictment herein which contains the allegation that, upon
8   conviction, the property is subject to forfeiture. It is therefore

**ORDERED AND ADJUDGED**:

1. The United States, motion for a protective order is GRANTED.

2. The $5,935.00 identified above, shall remain in the custody of the United States Customs and Border Protection, pending further order of this Court.

3. The Clerk is Ordered to send copies of this Order to counsel for all parties of record.

Dated this 28th day of October 2005.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

_____
Peter O. Mueller
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206/553-2242; fax 206/553-6934
Peter.Mueller@usdoj.gov

Protective Order
(CR04-5647L) U.S. v. Nguyen et al. – 2

U.S. Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970