HONORABLE RONALD B. LEIGHTON

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
9                              AT TACOMA

10   UNITED STATES OF AMERICA,
                                              Case No. CR04-5647 RBL
11                    Plaintiff,

12          v.                                ORDER

13   PHUOC HUU NGUYEN,

14                    Defendant.

15

16

17          THIS MATTER comes on before the above-entitled Court upon Defendant Loc Huu Nguyen and

18   Phuoc Huu Nguyen's Motions to Continue Trial [Dkt. #'s 151 and 153].

19          Having considered the entirety of the records and file herein, and having considered that the trial date

20   of April 10, 2006 was set on May 26, 2005, and considering that the evidence is now organized and able to

21   be reviewed by counsel, it is hereby

22          ORDERED that the motions to continue are DENIED without prejudice.

23          The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing

24   pro se.

25          Dated this 24th day of February, 2006.

26

27          _____
            RONALD B. LEIGHTON
28          UNITED STATES DISTRICT JUDGE

ORDER
Page - 1