C/usm + usp

JUDGE LEIGHTON

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| UNITED STATES OF AMERICA, | CASE NO. CR 04-5647 RBL |
|---|---|
| Plaintiff, | |
| v. | ~~PROPOSED~~ |
| PHUOC HUU NGUYEN, et al. | ORDER RE: BOP DESIGNATION RECOMMENDATION |
| Defendants. | |

Having considered Defendant Richard ANDERSEN'S unopposed motion for an order recommending placement by the BOP of the defendant at Otisville NY FCI or alternatively asking the court to make such recommendation by letter addressed to the BOP, now therefore,

IT IS ORDERED that the court recommends to the Bureau of Prisons that defendant serve his commitment at Otisville, NY FCI.

The clerk is directed to provide a copy of this order to the United States Marshal and the Marshal shall forward same to the Bureau of Prisons forthwith.

DONE THIS 6th day of July, 2006.

_____
UNITED STATES DISTRICT JUDGE

ORDER MODIFYING CONDITIONS OF RELEASE
, etc. -1

LAW OFFICES OF
KENNETH E. KANEV
1001 4TH AVENUE, SUITE 2120
SEATTLE, WASHINGTON 98154-1109
206-223-1355(V) 206-583-2278(F)


1  Clerk of the Court using the CM/ECF system which will send notification of

2

3  such filing to the attorneys of all other parties of record. I also e-mailed or faxed a copy of this

4  document to AUSA Matt Thomas and to Connie Smith/Raul Salazar/Brenda Amandson

5  PTSO, Seattle.

6

7  s/ KENNETH E. KANEV

8

9  KENNETH E. KANEV

10

11 Attorney for defendant R. ANDERSON

12 1001 4TH Avenue # 2120

13 Seattle WA 98154

14 Phone:     206-223-1355

15 Fax:       206-583-2278

16 E-mail:    kanevlaw@speakeasy.net

17

18

19

20

21

22

23

24

25

26

ORDER MODIFYING CONDITIONS OF RELEASE
, etc. -3

LAW OFFICES OF
KENNETH E. KANEV
1001 4TH AVENUE, SUITE 2120
SEATTLE, WASHINGTON 98154-1109
206-223-1355(V) 206-583-2278(F)