Judge Ronald Leighton

# UNITED STATES DISTRICT COURT
## IN AND FOR THE WESTERN DISTRICT OF WASHINGTON
### AT TACOMA, WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.CR-04-5647-RBL-1 |
| Plaintiff, | ORDER |
| vs. | |
| PHUOC HUU NGUYEN, | |
| Defendant | |

## ORDER

This matter having come before this Court on Defendant's Motion to Exonerate Appearance Bond and the government not opposing said request:

It is ORDERED, ADJUDGED AND DECREED that the Appearance Bond posted in this matter is hereby exonerated and the property posted as collateral for said bond is released. The clerk of the court is ordered to return the same to the person posting the property.

DATED: December 18, 2006.

*Ronald B. Leighton*

RONALD B. LEIGHTON

UNITED STATES DISTRICT JUDGE

ORDER EXONERATING APPEARANCE BOND - 1

1
2
3
4
5  Presented by:
   *s/ Nicholas Marchi*
   Nicholas Marchi
6  Attorneys for Defendant
   Nmarchi@carmarlaw.com
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

ORDER EXONERATING APPEARANCE BOND - 2